1   CRAIG H. MISSAKIAN (CABN 125202)
    United States Attorney
2
    MARTHA BOERSCH (CABN 126569)
3   Chief, Criminal Division

4   HELEN L. GILBERT (NYBN 4736336)
    ERIC CHENG (CABN 274118)
5   Assistant United States Attorneys

6        450 Golden Gate Avenue, Box 36055
         San Francisco, California 94102-3495
7        Telephone: (415) 436-7200
         FAX: (415) 436-7234
8        Helen.Gilbert@usdoj.gov
         Eric.Cheng@usdoj.gov
9
    JOHN A. EISENBERG
10  Assistant Attorney General, National Security Division

11  SCOTT M. LARA
    Acting Chief, Counterintelligence and Export Control Section
12
    ELI ROSS (ILBN 6321411)
13  FATEMA MERCHANT (TXBN 24065735)
    Trial Attorneys, National Security Division
14
         950 Pennsylvania Avenue NW
15       Washington, DC 20530
         Tel: (202) 616-5447
16       Fax: (202) 233-2146
         Eli.Ross2@usdoj.gov
17       Fatema.Merchant@usdoj.gov

18  Attorneys for United States of America

19                  UNITED STATES DISTRICT COURT

20                 NORTHERN DISTRICT OF CALIFORNIA

21                        OAKLAND DIVISION

22
    UNITED STATES OF AMERICA,            )   Case No. 4:25-CR-00186 JST-2
23                                        )
              Plaintiff,                  )   STIPULATION AND [PROPOSED]
24                                        )   PROTECTIVE ORDER
         v.                               )
25                                        )
    YUANCE CHEN,                          )
26                                        )
              Defendant.                  )
27  _____ )

28

With the agreement of the parties, the Court enters the following Protective Order:

Defendant Yuance Chen is charged with 18 U.S.C. § 371 (Conspiracy to Act as an Agent of a Foreign Government Without Notice to the Attorney General); and 18 U.S.C. § 951 (Acting as an Agent of a Foreign Government Without Notice to the Attorney General).  Having received a discovery request, the United States will produce documents and other materials pertaining to the defendant and the charged offenses to defense counsel.  The discovery to be provided includes documents or other materials falling into one or more of the following categories (collectively, "Protected Information"):

1. Personal Identifying Information of any individual (other than his or her name), including any person's date of birth, social security number, residence address, telephone numbers, email addresses, driver's license number, names of persons who are minors, or criminal histories;

2. Financial Identifying Information of any individual or business, including bank account numbers, credit or debit card numbers, account passwords, and taxpayer identification numbers;

3. Medical records or other patient information of any individual covered by the Health Insurance Portability and Accountability Act of 1996 (HIPAA); and

4. Other sensitive information relating to the privacy and safety of witnesses, integrity of ongoing investigations, confidentiality of sources, and/or other law enforcement agency concerns.

The United States will identify discovery materials as Protected Information by marking such materials "CONFIDENTIAL—SUBJECT TO PROTECTIVE ORDER" or by providing written notice identifying discovery materials as Protected Information.  The government shall exercise reasonable care in determining which discovery materials should be designated as Protected Information in order to avoid the over-designation of discovery materials as Protected Information.

To ensure that Protected Information is not subject to unauthorized disclosure or misuse,

**IT IS HEREBY ORDERED** that defense counsel, their investigators, assistants, employees, and independent contractors (collectively, "the Defense Team") may review with the defendant all discovery material produced by the government, but shall not provide a defendant with copies of, or

1    permit defendant to make copies of, or have unsupervised access to any discovery material produced by

2    the government that contains Protected Information.  The government and defense counsel are ordered

3    to work together to ensure that these materials are protected, but that defendant has as much access to

4    the materials as can be provided consistent with this Court's order.

5            The Defense Team may show witnesses Protected Information in the course of preparing a

6    defense for trial or any related proceedings in this case, but only if (i) the witness, by reason of their

7    participation in the underlying events or conduct, would have seen or had reason to know such

8    information, or (ii) it is otherwise relevant to the defense of the case that the Defense Team discuss with

9    or show the witness Protected Information.  Witnesses may only view Protected Information in the

10   presence of the Defense Team.  No witness or potential witness may retain copies of discovery material

11   that contains Protected Information after his or her review of those materials with the Defense Team is

12   complete.

13           Defense counsel may also provide unredacted copies of Protected Information to any experts

14   retained to assist with the preparation of the defense in the captioned case.  The defendant, all members

15   of the Defense Team, and any experts who receive Protected Information under this Order shall be

16   provided a copy of this Order along with those materials and shall sign and date the order reflecting their

17   agreement to be bound by it.

18           The Defense Team shall maintain Protected Information safely and securely, and shall exercise

19   reasonable care in ensuring the confidentiality of those materials by not divulging the contents or

20   permitting anyone to see Protected Information except as set forth in this Protective Order.

21           The materials provided pursuant to this protective order may only be used for the specific

22   purpose of preparing or presenting a defense in this matter unless specifically authorized by the Court.

23           This Order shall also apply to any copies made of any materials covered by this Order.

24           **IT IS FURTHER ORDERED** that if a party files a pleading that contains or attaches Protected

25   Information subject to this Order, the Protected Information must be filed under seal (accompanied by a

26   request to file under seal) and redacted from the public filing, unless otherwise ordered by the Court.

27           **IT IS FURTHER ORDERED** that after any judgment or disposition has become final and there

28   are no pending proceedings, challenges, appeals, or habeas motions in the case, counsel for defendant

1 | shall either destroy discovery materials containing Protected Information (including any copies) within

2 | 30 days if the defendant consents to such destruction, or retain the Protected Information and ensure that

3 | the Protected Information will continue being kept under the conditions specified in this Order.  After

4 | the statutory period for filing a motion under 28 U.S.C. § 2255 has expired, the United States is free to

5 | destroy documents and materials subject to this Order.  If defendant is represented by counsel and files a

6 | motion pursuant to 28 U.S.C. § 2255, the United States will provide counsel with the documents and

7 | materials subject to this Protective Order under the terms of this Order.

8 |       This stipulation is without prejudice to either party applying to the Court to modify the terms of

9 | any protective order, or seeking further protective order(s).  This Court shall retain jurisdiction to

10 | modify this Order upon motion of either party even after the conclusion of district court proceedings in

11 | this case.

12 |

13 |       **IT IS SO STIPULATED.**               CRAIG H. MISSAKIAN

14 |                                                    United States Attorney

15 | Dated:  September 29, 2025           _s/Helen L. Gilbert_

16 |                                                     HELEN L. GILBERT

17 |                                                     ERIC CHENG

18 |                                                    Assistant United States Attorneys

19 | Dated: September 29, 2025            _s/Joyce Leavitt_

20 |                                                     JOYCE LEAVITT

21 |                                                     JOHN REICHMUTH

22 |       **IT IS SO ORDERED.**             Counsel for Defendant Yuance Chen

23 | Dated:

24 |                                                     THE HONORABLE JON S. TIGAR

25 |                                                     United States District Judge

26 |

27 |

28 |

**By signing below, I acknowledge that I have been provided and have reviewed a copy of this Order and hereby agree to be bound by its terms:**

| PRINTED NAME | SIGNATURE | DATE |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |